HEATHER E. WILLIAMS, #122664
Federal Defender
Douglas J. Beevers, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
RAUL RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-0040-WBS-9 |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE JUDGMENT AND SENTENCING |
| vs. | |
| RAUL RANGEL, | Date: October 3, 2016 |
| Defendant. | Time: 9:00 a.m. Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for  RAUL RANGEL that the judgment and sentencing hearing, currently scheduled for October 3, 2016, be advanced to September 19, 2016 at 9:00 a.m.

The parties have received the draft PSR from the Probation Office and anticipate no objections. The draft PSR is being filed as the final PSR in this case.

United States Probation Officer Becky Fidelman does not object to advancing the judgment and sentencing hearing.

///

////

///

Stipulation and Order
To Advance

-1-

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: September 1, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
|     | */s/Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for<br>RAUL RANGEL |
| Dated: September 1, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|     | */s/ Justin Lee*<br>JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court has reviewed and considered the parties' above stipulation. The Court accepts the stipulation in its entirety and hereby ORDERS that the judgment and sentencing hearing be advanced from October 3, 2016 to September 19, 2016 at 9:00 a.m., before Honorable William B. Shubb.

IT IS SO ORDERED.

Dated: September 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
To Advance

-2-