UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )  Case No.  CR S-14-0040-09 WBS
                          )
        Plaintiff,        )
v.                        )  ORDER FOR RELEASE
                          )  OF PERSON IN CUSTODY
RAUL RANGEL;              )
T/N: RAUL ESCAMILLA RANGEL,)
                          )
        Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **Raul Rangel, true name Raul Escamilla Rangel** Case

CR S-14-0040-09 WBS  from custody for the following reasons:

      __ Release on Personal Recognizance

      __ Bail Posted in the Sum of _____

      __ Unsecured bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond secured by Real Property

      __ Corporate Surety Bail Bond

      **X**  (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  September 19, 2016  at  11:30 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing